IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAILIN DALY DEJILLAS, Director of the Omaha Human Rights and Relations Department, on behalf of Sara Snyder and Savannah Snyder,<br><br>Plaintiff,<br><br>vs.<br><br>BURLINGTON CAPITAL PROPERTIES, LLC, and 6801 LIMITED PARTNERSHIP,<br><br>Defendants. | **8:25CV173**<br><br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, signed by counsel for all parties. Filing 39. The parties stipulate to dismissal of this case with prejudice, with each party to pay its own costs and fees. Filing 39 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 39, is accepted, and this case is dismissed with prejudice, with each party to pay its own costs and fees.

Dated this 1st day of April, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1